## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| GRADY MEMORIAL HOSPITAL CORP., D/B/A GRADY HEALTH SYSTEM, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO: 1:23-cv-00960-SCJ |
| v. | ) ) | |
| GRADY BABY COMPANY, INC, and TERRENCE ALBRITTON, | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of each of the claims and counterclaims asserted in this Action with prejudice, with each party to bear its own costs.


Dated: March 25, 2025

Respectfully submitted,


*/s/ Joseph A. Meckes*

Joseph A. Meckes (*pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
555 California Street, Suite 550
San Francisco, CA 94104
(415) 954-0201
joseph.meckes@squirepb.com

Petrina A. McDaniel
Georgia Bar No. 141301
SQUIRE PATTON BOGGS (US) LLP
1230 W. Peachtree Street, NW
Suite 2200
Atlanta, GA 30309
(678) 272-3207
petrina.mcdaniel@squirepb.com

*Counsel for Plaintiff Grady Memorial Hospital Corporation*


    */s/ Alvin Lamont Kendall*
Alvin Lamont Kendall
Georgia State Bar No. 414040
THE KENDALL LAW FIRM
1133 Cleveland Ave.
Atlanta, GA 30344
(678) 257-2002
akendall@kendalllawfirm.us

*Counsel for Defendants Terrence Albritton and Grady Baby Co., Inc.,*

## <u>CERTIFICATION PURSUANT TO LR 7.1(D)</u>

I hereby certify that the foregoing stipulation of dismissal was prepared in Times New Roman 14 point.

<u>*/s/ Joseph A. Meckes*</u>
Joseph A. Meckes (*pro hac vice*)

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system on this day, and accordingly served automatically upon all counsel of record for this matter.

*/s/ Joseph A. Meckes*
Joseph A. Meckes (*pro hac vice*)
